RECEIVED

JUN 4 2025

U.S. DSITRICT COURT
DISTRICT OF NEW JERSEY

AT 8:30 _____ M

ALAN FALCON            CIVIL ACTION NO................
PLAINTIFF

VS.

COMMISSIONER VICTORIA L. KUHN ESQ.
(PAST) COMMSISSIONER WILLIE BONDS
GSYF ADMIN. JOHN JANE DOE
GSYF SUPERVISOR S.I.D. JOHN JANE DOE
GSYF MAJOR JOHN JANE DOE
GSYF LT. JOHN JANE DOE
GSYF SGT. JOHN JANE DOE
GSYF S.C.P.O. HEBREW
SUED INDIVIDUAL AND IN THEIR OFFICIAL
CAPACITIY
DEFENDANT*S

1a. JURIDCITIONAL IS ASSERTED TO 42 U.S.C. 1983 (APPLIES TO STATE PRISONER).

1b.                    JURISDICTION

THE COURT HAS JURISDICTIONAL OVER PLAINTIFF*S CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. 1331 AND 1343.

1c. THE COURT HAS SUPPLEMENTAL JURISDICTION OVER PLAINTIFF*S STATE LAW CLAIMS UNDER 28 U.S.C. 1367.

1d. INDICATE WHETHER YOU ARE A PRISONER CONFINED AS FOLLOWS
X. CONVICTED AND SENTENCED STATE PRISONER.

2. PREVIOUSLY DISMISSAL FEDERAL ACTION OR APPEALS.

1.

N. A.


3.     **FIRST PARTIES**


NAME ALAN FALCON #1309936 #186605(H)
ADDRESS EAST JERSEY STATE PRISON
100 WOOD BRIDGE RD.
RAHWAY, NJ 07065


4.     **FIRST AND SECOND**

NAME COMMISSIONER VICTORIA L. KUHN ESQ. AND (PAST) DEPUTY COMMISSIONER WILLIE BONDS .
OFFICIAL POSITION. OVERSEES OPERATIONAL GARDEN STATE YOUTH FACILITY, CCEPT FEDERAL FUNDING TO PROVIDE SAFETY,SECURITY FOR INMATES,PRISONERS AT THE FACILITY, IMPLEMENT POLICY, PROCEDURE TO N.J.D.O.C. STATE WIDE ADMINISTRATORS, CUSTODY*S SPECIAL INTELLIGENCE DIVISION .
PLACE OF EMPLOYMENT   STATE OF NEW JERSEY D.O.C. WHITLESEY RD.
P.O. BOX 863 TRENTON, NJ 08683


5. DEFENDANT*S COMMSSIONER VICTORIA L. KUHN AND (PAST) DEPUTY COMMISSIONER WILLIE BONDS  VIOLATED PLAINTIFF <u>EIGHTH</u> AMENDMENT  CRUEL AND UNUSUAL PUNISHMENT , CONSPIRING WITH GARDEN STATE YOUTH FACILITY TO ALTER THE RECORDS OF ASSAULT AT GARDEN STATE YOUTH FACILITY TO RECEIVE FEDERAL FUNDING,NOT REPORTING THE ASSAULT AT FACILITY , FAILURE TO OVERSEE

GARDEN STATE YOUTH FACILITY  ADMINISTRATION,CUSTODY*S SPECIAL INTELLIGENCE DIVISION ,MAJOR*S,LT.*S,SGT*S. S.C.P.O. HEBREW,MAKING SURE THE DEFENDANT*S ARE TRAIN IN RESPONDING TO MEDICAL EMERGENCY ,SAFETY,SECURITY , CUSTODY*S DOING SECURITY WALKS IN HOUSING UNIT TO PREVENT AASAULT ON PLAINTIFF

(12.30.2023) ALLOWING THE DEFENDANTS TO CONSPIRE WITH EACH OTHER TO TRNASFER PLAINTIFF TO ANOTHER FACILITY * EAST JERSEY STATE PRISON * TO COVER UP THE ASSAULT ON PLAINTIFF RESULT WITH CONCUSSION, BLEEDING IN THE BRAIN, COVER UP MEDICAL RECORDS LIKE THE INCIDENT NEVER HAPPEN ,MISUSE OF FEDERAL FUNDS TO OVERSEE OPERATIONAL GARDEN STATE YOUTH FACILITY BY NOT PROVIDING SAFETY, SECURITY F PRISON AND UNPROFESSIONAL ,CUSTODY*S STAFF.

6.      THIRD DEFENDANT

NAME ADMINISTRATION JOHN JANE DOE
OFFICIAL POSITION  ACCEPT FEDERAL GRANT MONEY FROM COMMISSIONER KUHN TO OPERATE THE PRISON BY PROVIDING  SAFETY,SECUIRTY MEASURE TO PRISONER IN HOUSING  UNITS ,PROVIDING  PROFESSIONAL CUSTODY*S TO OVERSEES HOUSING UNITS, MAKING SURE CUSTODYS DOING SECURITY CHECKS AND OVERSEES SPECIAL INTELLIGENCE  DIVISIONS DEPT.
PLACE OF EMPLOYMENT GARDEN STATE YOUTH FACILITY

    P.O.BOX 11401 HIGH BRIDGE RD.YARDVILLE, NJ 08620


7. DEFENDANT ADMINISTRATION JOHN,JANE DOE VIOLATED PLAINTIFF RIGHTH AMENDMENT ,CRUEL AND UNUSUAL PUNISHMENT ,CONSPIRING WITH HIGHER ,LOWER ,CUSTODY*S ,S.CP.O. HEBREW ,MAJOR, LT. SGT. JOHN JANE DOE TO COVER UP THE ASSAULT ON PLAINTIFF (12.30.2023) ,EAST 2A WING DAY. ROOM  FAILUURE  TO PREVENT  ASSAULT ON PLAINTIFF , FAILURE TO PROTECT,FAILURE TO TRAIN, IN RESPONDING TO MEDICAL CODES, FAILURE TO ALLOW CUSTODY*S DO SECURITY WALKS,KNOWINGLY S.C.P.O. HEBREW WALK PASS PLAINTIFF CELL#208  PASS OUT UNCONSCIOUS ,BRAIN BLEEDING FROM ASSAULT,  CONSPIRE WITH HIGHER LEVEL CUSTODY*S TO TRANSFER PLAINTIFF TO EAST JERSEY STATE PRISON. TO COVER __

UP THE ASSAULT, DELIBERATELY INDIFFERENCE TO A SERIOUS MEDICAL NEED FAILURE TO PROVIDE A ONGOING NEUROLOGIST TO PLAINTIFF AFTER HE WAS RELEASE FROM OUTSIDE HOSPITAL TO CHECK IF HE NEED FURTHER MEDICAL TREATMENT.. FAILURE TO RELIEVE S.C.P.O HEBREW OF HIS JOB DUTIES KNOWINGLY HE FAIL TO PROPER MAINTAIN PROPER SECURITY OF THE HOUSING UNIT WHICH COULD PREVENT PLAINTIFF FROM BEING ASSAULTED BY 3 TO 4 INMATES.

8.          FOURTH DEFENDANT

NAME SUPERVISOR SPECIAL INTELLIGENCE DIVISION JOH.JANE DOE
OFFICIAL POSITION  SWORN LAW ENFORCEMENT OFFICERS ACT AS PEACE OFFICERS FOR THE DETECTION,ARREST,CONVICTION OF CRIMINAL OFFENSE, INVESTIGATING ALLEGED IMPROPER ILLEGAL BEHAVIOUR COMMITTED BY D.O.C. EMPLOYEES, ALLEGATIONS OF OFFICER MISCONDUCT,VIDEO INVESTIGATION OF ILLEGAL ACTIVITY, UNDER * IAPP* INTERNAL AFFAIRS POLICES AND PROCEDURES N.J.S.A.2A.154.4 ,TAKE ORDERS FROM DEPUTY COMMISSIONER WILLIE BONDS TO INVESTIGATE CRIMINAL ACTIVITY WITHIN FACILITY.
PLACE OF EMPLOYMENT GARDEN STATE YOUTH FACILITY
P.O. BOX 11401 HIGH BRIDGE RD.YARDVILLE, NJ 08620

9. DEFENDANT JOHN JANE DOE SPECIAL INTELLIGENCE DIVISION VIOLATED PLAINTIFF EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT ,CONSPIRING WITH GARDEN STATE YOUTH FACILITY DEFENDANT*S TO COVER UP PAPER WORK WHEN PLAINTIFF WAS ASSAULTED ON EAST 2A HOUSING UNIT DAY ROOM, (12.30.2023) , FAIL TO INTERVIEW PLAINTIFF AFTER HE WAS RELEASED FROM THE HOSPITAL ,CONSPIRE WITH DEFENDANTS TO TRANSFER PLAINTIFF TO EAST JERSEY STATE PRISON WHEN HE WAS RELEASE OUT OF HOSPITAL,,VIOLATION SPECIAL INTELLIGENCE DIVISION POLICY * IAPP* N.J.S.A. 2A 154.4,6.3

NOT CONDUCTING A INTERVIEW ON MAJOR, LT. SGT. S.C.P.O. HEBREW KNWOINGLY S.C.P.O. HEBREW FAIL TO DO SECURITY CHECKS WALK THROUHS ON EAST 2A WING HOUSING UNIT, FAIL TO ADMINSTER PROPER MEDICAL ATTENTION WHEN PLAINTIFF WAS LAYED OUT UNCONSCIOUS RESULT INTO PLAINTIFF BRAIN BLEEDING,KNOWINGLY S.C.P.O. WAITED 30 MINUTES TO 1 HOUR TO CALL MEDICAL CODE,CONSPIRING TO COVERUP,DESTROY EVIDENCE OF VIDEO ON (12.30.2023) ASSAULT ON PLAINTIFF BY 3 TO 4 INMATES CREATE A FILE ON MAJOR, LT. SGT. S.C.P.O. HEBREW, TO SUBMIT DEPUTY (PAST) COMMISSIONER WILLIE BONDS,

10. **FIFTH ,SIXTH, AND SEVENTH DEFENDANTS**

NAMES MAJOR, LT. SGT. JOHN, JANE DOES
OFFICIAL POSITION OVERSEES GARDEN STATE YOUTH FACILITY LOWER LEVEL CUSTODY*S ,IMPLEMENT POLICY,PROCEDURES,SAFETY,SECURITY OF PRISON,RESPONDING TO LOWER LEVEL CUSTODY*S CODES, TAKING ORDERS FROM ADMINISTRATION ,MAKING SURE LOWER LEVEL CUSTODY*S FOLLOWING PROTOCOL,POLICY,PROCEDURE AND RESPONDING TO MEDICAL EMERGENCY.BY PRISONERS,MAKING SURE LOWER LEVEL CUSTODY*S DOING SAFETY SECUITY CHECKS IN HOUSING UNITS,FILLING OUT INCIDENT REPORTS INVOLVING INMATES ,ASSAULT,FIGHTING AMONG INMATES,INVESTIGATION VIDEO*S IN HOUSING UNIT*S,SAVING VIDEO*S BY PASSING TO SPECIAL INTELLIEGENCE DIVISISON,
PLACE OF EMPLOYMENT GARDEN STATE YOUTH FACILITY

P.O. BOX 11401 HIGH BRIDGE RD.YARDVILLE , NJ 08620

11. DEFENDANT*S MAJOR ,LT.SGT. JOHN.JANE DOE VIOLATED PLAINTIFF EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT,CONSPIRE COVER ASSAULT ON PLAINTIFF (12.30.2023) WITH DEFENDANT S.C.P.O. HEBREW IN EAST 2A WING HOUSING UNIT DAY ROOM, CONSPIRING WITH S.C.P.O. HEBREW TO DESTROY EVIDENCE OF VIDEO ON (12.30.2023) NOT RELIEVING S.C.P.O. HEBREW HIS JOB DUTIES PENDING INVESTIGATION OF

5.

PLAINTIFF ASSAULT BY 3 TO 4 INMATES, KNOWINGLY S.C.P.O. HEBREW WASNT DOING SAFETY ,SECURITY CHECKS IN HOUSING UNIT BEFORE AND AFTER ASSAULT ON PLAINTIFF,COULD HAVE BEEN PREVENTED IF S.C.P.O. HEBREW WAS DOING SECURITY CHECKS IN HOUSING UNIT, CONSPRING WITH SPECIAL INTELLIGENCE DIVISION AND ADMINISTRATION TO DESTROY EVIDENCE OF VIDEO ASSAULT DONE ON PLAINTIFF (12.30.2023) EAST 2A HOUSING UNIT, CONSPIRE WITH ADMINSTRATION, SPECIAL INTELLIGENCE DIVISION NOT TO NOTIFY PLAINTIFF MOTHER HE WAS ASSAULTED BY 3 TO 4 INMATES, UNCONSCIOUS, BRAIN BLEEDING, HAD TO SEE A OUTSIDE DOCTOR TO ADDRESS HIS INJURIES,....

DELIBERATELY INDIFFERENCE KNOWINGLY ,CONSPIRE WITH S.C.P.O. HEBREW ,ADMINSTRATION ,SPECIAL INTELLIGENCE DIVISION, NOT TO CALL MEIDCAL CODE WHILE PLAINTIFF WAS UNCONSCIOUS FOR 30 TO 1 HOUR ON HIS FLOOR,RESULT INTO CONCUSSION,BRAIN BLEEDING, THEN DECIDE TO CALL A CODE , TRANSFER TO OUTSIDE HOSPITAL FOR HEAD INJURIES RESULT INTO ONGOING PAIN IN HEAD. ETC.

12.        EIGHTH DEFENDANT

NAME S.C.P.O. HEBREW
OFFICIAL POSITION. OVERSEES SAFETY,SECURITY HOUSING UNIT EAST 2 A WING ,IMPLEMENT ORDERS TO PRISONERS, CONDUCT SAFETY,SECURITY WALK THROUGHS,SECURITY CHECKS OF CELLS, EVERY 15 MINUTES, POLICY PROCEDURES HABDED DOWN FROM ADMINSTRATION ,HIGHER LEVEL CUSTODY*S MAJOR, LT. SGT. ,RESPONDING TO EMERGENCY CODES IN HOUSING UNIT MEDICAL,FIGHTS BETWEEN INMATES, CALLING FOR BACKUUP,FILING INCIDENT REPORTS ETC.
PLACE OF EMPLOYMENT. GARDEN STATE YOUTH FACILITY

P.O. BOX 11401 HIGH BRIDGE RD. YARDVILLE, NJ 08620

6.

13. DEFENDANT S.C.P.O. HEBREW VIOLATED PLAINTIFF EIGHTH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT ,CONSPIRE WITH DEFENDANTS AT GARDEN STATE YOUTH FACILITY TO COVER UP THE ASSAULT ,DESTROY VIDEO EVIDENCE OF ASSAULT ON PLAINTIFF (12.30.2023)  FAIL TO PROPER  DO SECURITY CHECKS IN EAST 2 A HOUSING UNIT, KNOWINGLY PLAINTIFF WAS UNCONSCIOUS ,LAY OUT IN HIS CELL, FAIL TO CALL A MEDICAL CODE 30 MIN. TO 1 HOUR ,FAIL TO MAINTAIN POST PREVENT ASSAULT ON PLAINTIFF BY OTHER INMATES ,FAIL TO KEEP PLAINTIFF SAFE FROM OTHER PRISONERS ,FAIL TO PROTECT AND CONSPIRE WITH THE DEFENDANTS NOT TO NOTIFY PLAINTIFF MOTHER WITH LIFE THREATEN INJURIES,.....DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED BY WITHHOLDING MEDICAL AID 3o MIN. TO 1 HOUR WHILE PLAINTIFF LAY OUT  UNCONSCIOUS  INTO A CONCUSSION, BRAIN BLEEDING OR SWOLLEN, VIOLATION OF NEW JERSEY PROFESSIONAL RULES OF MISCONDUCT FOR CORRECTIONAL POLICE OFFICERS AND 2c.30 OFFICIAL MISCONDUCT..

14. PLAINTIFF EXHAUSTED ALL AVAILABLE REMEDIES ONCE RELEASE OUT OF TRENTON,NJ CAPITAL HEALTH HOSPITAL WHILE AT GARDEN STATE YOUTH FACILITY.

15.                    STATEMENT OF FACTS

16. ON OR ABOUT JANUARY 25,2023 PLAINTIFF ARRIVE AT GARDEN STATE YOUTH FACILITY.

17. PLAINTIFF WAS PLACE ON EAST 2 A WING HOUSING UNIT CELL#208.

18. WHILE PLAINTIFF WAS ON EAST 2A WING HOUSING UNIT HW WITNESS S.C.P.O. HEBREW NOT DOING SECURITY CHECKS ,SECURITY CELL CHECKS OR WALK THROUGHS.

19. THIS LEAD TO INMATES STEALING ON THE UNIT BY GOING INSIDE OF PLAINTIFF AND OTHER PRISONERS CELLS.

20. ON OR ABOUT JANUARY 27,2023 TO DECEMBER 30,2023 THIS STEALING WENT ON IN EAST 2A HOUSING UNIT.

21. S.C.P.O. HEBREW KNEW INMATE MCCALL AND OTHER INMATES WAS DOING THE STEALING ON THE UNIT AND HAD OUT FOR PLAINTIFF BECAUSE OF HIS COMPLAINTS OF CELL DOOR OPEN AND ITEMS MISSING.

22. ON OR ABOUT DECEMBER 30,2023 9.00 A.M. PLAINTIFF ENCOUNTER INMATE MC CALL AND 3 OTHER INMATES.

23. INMATE MC CALL AND 3 INMATES APPROACH PLAINTIFF AND ASSAULT HIM ON EAST 2A HOUSING UNIT DAY ROOM.

24. PLAINTIFF WAS HIT AND KICK IN THE HEAD BU INMATE MC CALL AND 3 OTHER PRISONERS.

25. PLAINTIFF WAS LAY OUT UNCONSCIOUS AND OTHER PRISONERS HAD TO PICK UP HIM AND CARRY TO HIS CELL#208.

26. S.C.P.O. HEBREW WITNESS THIS,FAIL TO CALL A CODE AND HIS IMMEDIATELY SUPERVISOR.

27. PLAINTIFF WAS UNCONSCIOUS IN HIS CELL#208 ON THE FLOOR 30 MIN TO 1 HOUR.

28. S.P.O. HEBREW DIDNT DO ANY SECURITY CHECKS, SECURITY WALK THROUGH ON PLAINTIFF MEDICAL CONDITIONS.

29. ON OR ABOUT DECEMBER 30, 2023 10.00 A.M. EAST 2 A WING HOUSING UNIT, S.C.P.O. HEBREW CAME TO PLAINTIFF CELL#208.

30. PLAINTIFF WASNT RESPONDING TO S.C.P.O. HEBREW

31. S.C.P.O. HEBREW THEN CALL A MEDICAL CODE.

32. ON OR ABOUT DEDCEMBER 30, 2023 12.00 PM. PLAINTIFF WOKE UP AT TRENTON, NJ CAPITAL HEALTH HOSPITAL.

33. PLAINTIFF WAS INFORM HE HAD A HEAD CONCUSSION AND HIS BRAIN WAS BLEEDING.

34. PLAINTIFF MOTHER WASN*T NOTIFY ABOUT THE ASSAULT OR TRANSFER TO OUTSIDE HOSPITAL IN TRENTON, NJ CAPITAL HEALTH HOSPITAL.

35. ON OR ABOUT JANUARY 2, 2024 PLAINTIFF WAS RELEASE FROM TRENTON NJ CAPITAL HEALTH HOSPITAL.

36. PLAINTIFF WAS TRANSFER BACK TO GARDEN STATE YOUTH FACILITY AND PLACE IN INFIRMARY.

37. ADMINISTRATION, SPECIAL INTELLIGENCE DIVISION, MAJOR, LT. SGT HOHN? JANE DOE OR S.C.P.O. HEBREW NEVER CAME TO SEE PLAINTIFF FILE A INCIDENT REPORT ASSAULT (12.30.2023) OR CHECK ON HIS MEDICAL CONDITION.

38. ON OR ABOUT JANUARY 8,2024 PLAINTIFF WAS TRANSFER TO EAST JERSEY STATE PRISON.

39. ON OR ABOUT JANUARY 16,2024 PLAINTIFF MOTHER CONTACT EAST JERSEY STATE PRISON FOLLOW UP ON PLAINTIFF MEDICAL CONDITION .

40. PLAINTIFF SEN A NEUROLOGIST SPECIALIST AT EAST JERSEY STATE PRISON TO CHECK ON BLEEDING IN PLAINTIFF BRAIN.

41. THE DEFENDANT*S AT GARDEN STATE PRISON YOUTH FACILITY NVER ONE TIME TRY TO CONTACT PLAINTIFF TO FIND OUT ABOUT HIS WELL BEING OR FILE ANY TYPE OF INCIDENT REPORT.

42. ON OR ABOUT JANUARY 16,2024 TO THIS PRESENT MOMENT PLAINTIFF BEEN EXPERIENCE HEAD ACHE AND PAIN .

43. PLAINTIFF IS UNDER THE CARE OF EAST JERSEY STATE PRISON MEDICAL DEPARTMENT AND TAKING PAIN MEDICATION FOR HIS HEAD INJURY FROM GARDEN STATE YOUTH FACILITY (12.30.2023).

44.                    LEGAL CLAIMS

45. THE DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED  FAILURE TO CALL MEDICAL CODE 30 MIN. TO 1 HOUR, RESULT INTO CONCUSSION, BRAIN BLEEDING, VIOLATED PLAINTIFF ALAN FALCON RIGHTS AND CONSTITUTED UNDER CRUEL AND UNUSUAL PUNISHMENT ,FAILURE TO PROTECT, FAILURE TO TRAIN, COVERUP ,DESTROY EVIDENCE OF ASSAULT UNDER THE EIGHTH AMENDMENT AT ISSUE TO THE UNITED STATES CONSTITUTION.

46. THE PLAINTIFF HAS NO PLAN, ADEQUATE OR COMPLETE REMEDY AT

LAW to redress the wrongs descibe herein. plaintiff has been and WILL CONTINUE TO BE IRREPARABLE INJURY BY THE CONDUCT OF THE DEFENDANTS ,ADVARSARIES AT EAST JERSEY STATE PRISON MEDICAL IF THEY DECIDE TO STOP ALL MEDICAL TREATMENT. UNLESS THIS COURT GRANT THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF NEED.

47.                    PRAYER FOR RELIEF

WHEREFORE ,PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF.

48. A DECLARATION THAT THE ACTS AND OMISSION DESCIBED HEREIN VIOLATED PLAINTIFF*S RIGHTS UNDER THE CONSITUTION AND LAWS OF THE UNITED STATES.

49. A PRELIMINARY INJUCTION ORDER DEFENDANT COMMSISSIONER VICTORIA L. KUHN TO ORDER PLAINTIFF CONTINUE TO SEE OUTSIDE NEUROLOGIST MAKING SURE HIS BRAIN IS NOT BLEEDING, MEDICAL TREATMENT FOR ONGOING MEDICAL PROBLEM WITH CONSTANT HEAD ACHE AND NOTIFY HIS MOTHER ABOUT HIS MEDICAL CONDITION.

50. COMPENSATION DAMAGES $5000,000.00 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

51. PUNTIVE DAMAGES IN THE AMOUNT OF $6000,000.00 AGAINST EACH DEFENDANTS COMMISSIONER VICTORIA L. KUHN ,(PAST) DEPUTY COMMISSIONER WILLIE BONDS, SPECIAL INTELLIGENCE DIVISION, MAJOR, LT., SGT. ADMINSTRATORS JOHN.JANE DOE*S, AND S.C.P.O. HEBREW AND THE THE AMOUNT OF $75,000.00 AGAINST EACH DEFENDANT.

52. A JURY TRIAL ON ALL ISSUES

53. ANY ADDITIONAL RELIEF THAT THIS COURT DEEM, JUST, PROPER AND EQUITABLE.

### CERTIFICATION OF SERVICE

I, MR. ALAN FALCON HEREBY CERTIFY THAT THE 42 U.S.C. 1983 COMPLAINT, IFP FORMS, 6 MONTH ACCT. BAL. ,AFFADAVIT BY JASPER FRAZIER IS TRUE AND CORRECT  5  DAY OF  May  2025 CERTIFIED, REGISTER LEGAL MAIL POSTAGE #7019.2970.0001.1492.1858 USING MAIL BOX RULE HOUSTON V. LACK, 487,U.S.,266,273,76,108 S.CT 2379 (1988)

RESPECTFULLY SUBMITTED,

*/s/ Falcon*

S. ALAN FALCON #1309936, 186605(H)
EAST JERSEY STATE PRISON
1100 WOOD BRIDGE RD.
RAHWAY, NJ 07065

CLERK OF COURT
U.S. DISTRICT COURT
FEDERAL COURT HOUSE
402 EAST STATE STREET
TRENTON, NJ 08608

S. ALAN FALCON PROSE